

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                    |   |                           |
|--------------------|---|---------------------------|
| MIGUEL A. REYES,   | § | No. 08-13-00296-CR        |
| Appellant,         | § | Appeal from the           |
| v.                 | § | 346th District Court      |
| THE STATE OF TEXAS,| § | of El Paso County, Texas  |
| State.             | § | (TC# 20090D05388)         |
|                    | § |                           |

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **October 9, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before October 9, 2014.

IT IS SO ORDERED this 27th day of August, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.